STATE of Missouri, Respondent,

v.

**Leland CROSDALE, Appellant.**

**No. WD 39020.**

Missouri Court of Appeals, Western District.

Dec. 8, 1987.

Bruce W. Simon, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of the offense of sale of cocaine pursuant to § 195.020, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

**Terry DeROSSETT and Terra DeRossett, Respondents,**

v.

**John H. JONES, Appellant.**

**No. WD 39058.**

Missouri Court of Appeals, Western District.

Dec. 8, 1987.

John J. Hager, of Jolley, Walsh, Hager & Gordon, Kansas City, for appellant.

Victor C. Howard, of Withers, Brant, Howard & Mullennix, Liberty, for respondents.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

### ORDER

PER CURIAM:

Civil action for damages arising from personal assault. The judgment is affirmed.

Rule 84.16(b).